UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN JAMIE ROETHLISBERGER<br><br>       Plaintiff,<br><br>   v.<br><br>THE NEW YORK TIMES COMPANY<br><br>       Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:20-cv-3230** |

   IT IS HEREBY NOTICED that the above case should be dismissed without prejudice.

<u>/s/Richard Liebowitz</u>
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 1, 2020

*Attorneys for Plaintiff Brian Jamie Roethlisberger*